(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Commercial Loan Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-4338707 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2210 Midwest Road<br>Suite 211<br>Oak Brook, IL 60523 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **DuPage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

(NO DISKETTE stamp across right side)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✔] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|
| [ ] Individual(s)   [ ] Railroad<br>[✔] Corporation   [ ] Stockbroker<br>[ ] Partnership   [ ] Commodity Broker<br>[ ] Other _____   [ ] Clearing Bank | [ ] Chapter 7   [✔] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [ ] Consumer/Non-Business   [✔] Business | [✔] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying... Rule... |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✔] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [ ] | 50-99 [✔] | 100-199 [ ] | 200-999 [ ] |
|---|---|---|---|---|---|

| Estimated Assets | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] |

| Estimated Debts | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/13/2004
Time: 16:25:19
Debtor: COMMERCIAL LOAN CORPORA
Case: 04-18946   Fee : 839
Chapter: 11   Rec. # : 3080773
Judge: A Benjamin Goldgar

1:04BK18946-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _Robert E. Richards_ (signed)
Signature of Attorney for Debtor(s)
**Robert E. Richards**
Printed Name of Attorney for Debtor(s)
**Sonnenschein Nath & Rosenthal**
Firm Name
**8000 Sears Tower, Chicago, IL 60606**
Address
**312-876-8000**
Telephone Number
**May 13, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Authorized Individual
**Peter Hueser**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**May 13, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## DECLARATION

I, Peter Hueser, for Commercial Loan Corporation, named as debtor in this case, declare under penalty of perjury that I have read the foregoing *List of 20 Largest Unsecured Claims,* consisting of 3 sheets, and that it is true and correct to the best of my knowledge, information and belief.

Dated: May 13, 2004

_____
Signature

_____
Peter Hueser, President

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. && 152 and 3571.)

# United States Bankruptcy Court

**Northern** District Of **Illinois**

In re **Commercial Loan Corporation**    Case No _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BankChicago<br>8601 W. Ogden Avenue<br>Lyons, IL 60534 | Kenneth Franklin<br>BankChicago<br>8601 W. Ogden Avenue<br>Lyons, IL 60534<br>(708) 447-5600 | Loan/ Participation Agreement | | *Specific Amounts to Come |
| Barry Miller<br>c/o Patria Construction, LLC<br>18201 Morris Avenue<br>Homewood, IL 60430 | Barry Miller<br>c/o Patria Construction, LLC<br>18201 Morris Avenue<br>Homewood, IL 60430<br>(708) 798-3333 | Loan/ Participation Agreement | | *Specific Amounts to Come |
| ColeTaylorBank<br>111 W. Washington St. Suite 400<br>Chicago, IL 60602 | Mark R. Ptacek<br>ColeTaylorBank<br>111 W. Washington St., Suite 400<br>Chicago, IL 60602<br>(312) 442-5100 | Loan/ Participation Agreement | | *Specific Amounts to Come |
| COMAR Properties<br>P.O. Box 661276<br>Dept. 2046<br>Chicago, IL 60666-1276 | COMAR Properties<br>P.O. Box 661276<br>Dept. 2046<br>Chicago, IL 60666-1276<br>(630) 889-9600 | Rent | | *Specific Amounts to Come |
| First Choice Bank<br>2000 W. State St., Suite E<br>Geneva, IL 60134 | James E. Valete<br>First Choice Bank<br>2000 W. State St., Suite E<br>Geneva, IL 60134<br>(630) 845-0500 | Loan/ Participation Agreement | | *Specific Amounts to Come |
| George Washington Savings Bank<br>10240 S. Cicero Avenue<br>Oak Lawn, IL 60453 | Edward M. Kearney<br>George Washington Savings Bank<br>10240 S. Cicero Avenue<br>Oak Lawn, IL 60453<br>(708) 636-4100 | Loan/ Participation Agreement | | $1,143,020 |
| Gerald Lipkin<br>5901 N. Cicero Avenue<br>Suite G-2<br>Chicago, IL 60646 | Gerald Lipkin<br>The Hunter Institute<br>5901 N. Cicero Avenue<br>Suite G-2<br>Chicago, IL 60646<br>(773) 725-2331 | Loan/ Participation Agreement | | *Specific Amounts to Come |
| Howard Ring<br>3445 Dauphine Avenue<br>Northbrook, IL 60062 | Howard Ring<br>3445 Dauphine Avenue<br>Northbrook, IL 60062<br>(847) 205-4431 | Loan/ Participation Agreement | | *Specific Amounts to Come |

| Creditor | Contact | Nature | Amount |
|---|---|---|---|
| Howard Savings Bank<br>1700 Milwauke Ave.<br>Glenview, IL 60025 | Althea Prodromus<br>Howard Savings Bank<br>1700 Milwaukee Ave.<br>Glenview, IL 60025<br>(847) 635-6470 | Loan/<br>Participation<br>Agreement | **$2,675,202** |
| JDI Realty LLC<br>150 S. Wacker Drive<br>Suite 2660<br>Chicago, IL 60606 | David Rattner<br>JDI Realty LLC<br>150 S. Wacker Dr., Suite 2660<br>Chicago, IL 60606<br>(312) 782-4550 | Loan/<br>Participation<br>Agreement | **$3,374,140** |
| Kass Management<br>2000 N. Racine, #3400<br>Chicago, IL 60614 | Dawn Gehrke<br>Accounting<br>Kass Management<br>2000 N. Racine, #3400<br>Chicago, IL 60614<br>(773) 975-7234 | Management<br>Fees | *Specific Amounts to Come |
| Lincoln State Bank<br>304 E. Highway 38<br>Rochelle, IL 61068 | Brent Ohlinger<br>Lincoln State Bank<br>304 E. Highway 38<br>Rochelle, IL 61068<br>(815) 562-2200 | Loan/<br>Participation<br>Agreement | **$4,120,003** |
| Midwest Bank and Trust Company<br>1606 N. Harlem Ave.<br>Elmwood Park, IL 60707 | Steve Conti<br>Midwest Bank and Trust Company<br>1606 N. Harlem Avenue<br>Elmwood Park, IL 60707<br>(708) 583-5054 | Loan/<br>Participation<br>Agreement | **$377,323** |
| Ottawa Savings Bank<br>925 LaSalle St.<br>Ottawa, IL 61068 | Gary Ocepek<br>Ottawa Savings Bank<br>925 LaSalle St.<br>Ottawa, IL 61068<br>(815) 433-2525 | Loan/<br>Participation<br>Agreement | **$9,410,720** |
| Patria Partners LLC<br>18201 Morris Ave.<br>Homewood, IL 60430 | Barry J. Miller<br>Patria Partners LLC<br>18201 Morris Avenue<br>Homewood, IL 60430<br>(708) 798-3333 | Loan/<br>Participation<br>Agreement | *Specific Amounts to Come |
| Platinum Community Bank<br>2915 W. Kirchoff Rd.<br>Rolling Meadows, IL 60008 | Joseph C. Ross<br>Platinum Community Bank<br>2915 W. Kirchoff Rd.<br>Rolling Meadows, IL 60008<br>(847) 590-5200 | Loan/<br>Participation<br>Agreement | **$873,349** |
| Standard Bank and Trust Co.<br>7800 W. 95th St.<br>Hickory Hills, IL 60457 | Kevin Boyle<br>Standard Bank and Trust Co.<br>7800 W. 95th St.<br>Hickory Hills, IL 60457<br>(708) 598-7400 | Loan/<br>Participation<br>Agreement | *Specific Amounts to Come |
| Steven Galovan<br>c/o Castlebar Enterprise Inc.<br>2636 N Lincoln Ave., First Floor<br>Chicago, IL 60615 | Steven Galovan<br>c/o Castlebar Enterprise Inc.<br>2636 N. Lincoln Ave., First Floor<br>Chicago, IL 60615<br>(773) 348-0263 | Loan/<br>Participation<br>Agreement | *Specific Amounts to Come |
| Twin Oaks Savings Bank<br>125 W. Bluff St.<br>Marseilles, IL 61341-1402 | Craig Hepner<br>Twin Oaks Savings Bank<br>125 W. Bluff St.<br>Marseilles, IL 61341-1402 | Loan/<br>Participation<br>Agreement | **$1,483,227** |
| Umbrella Bank<br>5818 S. Archer Rd.<br>Summit, IL 60501 | George Yedinak<br>Umbrella Bank<br>220 W. Huron, Fifth Floor<br>Chicago, IL 60610<br>(312) 397-8880 | Loan/<br>Participation<br>Agreement | **$8,245,892** |
| West Town Savings Bank<br>4852 W. 30th St.<br>Cicero, IL 60804-3615 | Jeff Kosobucki<br>West Town Savings Bank<br>4852 W. 30th St.<br>Cicero, IL 60804-3615<br>(708) 652-2000 | Loan/<br>Participation<br>Agreement | **$2,524,609** |

Date: **May 13, 2004**

**Commercial Loan Corporation**

Debtor

| | | | | |
|---|---|---|---|---|
| Citizens Financial<br>5311 Hohman Ave.<br>Hammond, IN<br>46320 | Zoren Koricanec<br>Citizens Financial<br>5311 Hohman Ave.<br>Hammond, IN  46320<br>219-933-0432 | Loan/Participation<br>Agreement | | $2,919,817 |
| First Bank of<br>Beverly Hills<br>23901 Calabasas Rd.<br>Suite 1050<br>Calabasas, CA<br>91302 | Eric Martz<br>First Bank of Beverly<br>Hills<br>23901 Calabasas Rd.<br>Suite 1050<br>Calabasas, CA  91302<br>818-223-5416 | Loan/Participation<br>Agreement | | $10,050,000 |
| Harvard Savings<br>Bank<br>58 N. Ayer Street<br>Harvard, IL  60033 | David Albright<br>Harvard Savings Bank<br>58 N. Ayer Street<br>Harvard, IL  60033 | Loan Participation<br>Agreement | | $15,791,440 |
| West Bank<br>2225 Wolf Road<br>Hillside, IL  60162 | John Kovacs<br>West Bank<br>2225 Wolf Road<br>Hillside, IL  60162<br>708-562-2000 | Loan Participation<br>Agreement | | $1,319,040 |

A portion of such claims may be secured, but this listing is the largest creditors of the Debtor. Debtor's are still examining claim amounts, offsets, defenses and counterclaims and nothing herein shall be deemed to be a waiver of Debtor's rights and defenses.

## WRITTEN CONSENT OF THE SOLE DIRECTOR OF

## COMMERCIAL LOAN CORPORATION

May 13, 2004

**WHEREAS,** the sole member of the Board of Directors has waived any requisite notice of the actions taken herein; and

**WHEREAS,** with due consideration for the interests of creditors, shareholder and other constituencies, it is the best judgment of the Board of Directors, that it is desirable and in the best interests of the Corporation, its creditors, shareholder, and other constituencies, to take certain actions to protect the assets of the Corporation from creditors, including, without limitation, to cause a voluntary petition to be filed by the Corporation seeking relief under the provisions of Chapter 11, Title 11, of the United States Code (the "Bankruptcy Code") and to take any related actions necessary to file for and effect bankruptcy protection and to take other actions in a bankruptcy case;

**NOW, THEREFORE,** be it

**RESOLVED,** that Sandra Reese is hereby appointed as Chief Restructuring Officer/Vice President effective upon the filing of the Chapter 11 case and the Corporation is authorized to enter into documentation consistent with that position with Ms. Reese;

**RESOLVED,** that Howard Adamski is hereby appointed as Treasurer effective upon the filing of the Chapter 11 case and the Corporation is authorized to enter into documentation consistent with that position with Mr. Adamski;

**RESOLVED,** that Susan Skinner is hereby appointed as Secretary of the Corporation;

**RESOLVED,** that Sandra Reese, Howard Adamski, Bridget Bryan (Vice-President) and/or Susan Skinner (Vice-President/Secretary) or any other officer they request to perform certain acts (each an "Authorized Officer" and together the "Authorized Officers") are, and each of them hereby is, authorized, on behalf of and in the name of the Corporation, to take all actions deemed necessary or appropriate to protect the assets of the Corporation and seek protection from creditors, including without limitation, if they deem it appropriate, to execute and verify or certify a voluntary petition under Chapter 11 of the Bankruptcy Code and to sign or authorize any and all other pleadings, instruments, documents or actions appropriate and desirable, as determined by them in the exercise of their discretion, prior to and throughout the course of the bankruptcy case; and it is

**RESOLVED,** that the Corporation is authorized to enter into agreements, security agreements and other documents and to deliver such certificates, resolutions and other documents related to cash collateral usage or financing which the Corporation deems desirable, and be it further

**RESOLVED**, that the Corporation is authorized to retain general and special counsel to the Corporation in connection with any such proceeding and any act necessary or appropriate to effect the purposes of these as appropriate in its discretion; and be it further

**RESOLVED**, that each of the Authorized Officers of the Corporation be, and hereby is, authorized to take any and all further action, to execute and deliver any and all further agreements, instruments and documents, and to cause the Corporation to pay all expenses, that he may deem necessary or appropriate in order to carry out fully the intent of and accomplish the transactions contemplated by the foregoing resolutions; and be it further

**RESOLVED**, that the Corporation hereby ratifies and approves acts and agreements undertaken or executed by its officers and sole director prior to the date hereof reasonably and in good faith determined by any of them to be appropriate or necessary in order to preserve the businesses of the Corporation in contemplation of a bankruptcy proceeding and to prepare for or carry out the intent or purposes of any of the foregoing resolutions.

Resolved this 13th day of May, 2004

_/s/ Peter Heuser_
Peter Heuser, Sole Director

- 2 -

- 3 -

## CERTIFICATE OF RESOLUTION

The undersigned hereby certifies that she is the Secretary of Commercial Loan Corporation (the "Company"), and that annexed hereto is a true and correct copy of resolutions duly adopted by Written Consent of the Sole Director of the Company at a meeting held on May 12, 2004 and that such resolutions have not been rescinded and remain in full force and effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has hereunto set her hand and affixed the seal of the Company as of May 13, 2004.

*Susan Skinner*
Secretary

## DECLARATION

I, Peter Hueser, for Commercial Loan Corporation, named as debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors,* consisting of 4 sheets, and that it is true and correct to the best of my knowledge, information and belief.

Dated: May 13, 2004

_____
Signature

_____
Peter Hueser, President

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. && 152 and 3571.)

## CLC - LIST OF ALL CREDITORS

AT&T
P.O. Box 277019
Atlanta, GA 30384-7019

BankChicago
8601 W. Ogden Avenue
Lyons, IL 60534
Attn: Kenneth Franklin

Barry Miller
c/o Patria Construction, LLC
18201 Morris Avenue
Homewood, IL 60430

Cannon Business Solutions
Dept. 77-6024
Chicago, IL 60678-6024

Charter One Bank

Chicago Title Insurance Company
171 N. Clark Street MLC 2SW
Chicago, IL 60601-3294

Citizens Financial Service

ColeTaylorBank
111 W. Washington, Suite 400
Chicago, IL 60602
Attn: Mark R. Ptacek

COMAR Properties
P.O. Box 661276
Dept. 2046
Chicago, IL 60666-1276

CSC
Corporation Service Co.
P.O. Box 13397
Philadelphia, PA 19101-3397

Federal Express Corporation
P.O. Box 1140
Memphis, TN 38101-1140

First American Title Insurance

First Choice Bank
2000 W. State St., Suite E
Geneva, IL 60134
Attn: James E. Valente

George Washington Savings Bank
10240 S. Cicero Avenue
Oak Lawn, IL 60453
Attn: Edward M. Kearney

Gerald Lipkin
The Hunter Institute
5901 N. Cicero Avenue
Suite G-2
Chicago, IL 60646

Greater Illinois Title
120 N. LaSalle, Suite 800
Chicago, IL 60602

Harland Financial Solutions
P.O. Box 4798
Portland, OR 97208-4798

Harvard Savings Bank

Holland & Knight LLP
131 S. Dearborn, 30th Fl.
Chicago, IL 60603
Attn: Frank Keldermans

Howard Ring
3445 Dauphine Avenue
Northbrook, IL 60062

Howard Savings Bank
1700 Milwaukee Avenue
Glenview, IL 60025
Attn: Althea Prodromos

JDI Realty LLC
150 S. Wacker Dr., Suite 2660
Chicago, IL 60606
Attn: David Rattner

Kass Management Services Inc.
2000 N. Racine, #3400
Chicago, IL 60614
Attn: Dawn Gehrke/Accounting

Lexis Nexis
P.O. Box 2314
Carol Stream, IL 60132-2314

Lincoln State Bank
304 E. Highway 38
Rochelle, IL 61068
Attn: Brent Ohlinger

Metavante Corporation
Accounting Dept.
Bin 440
Milwaukee, WI 53288-0440

Midwest Bank and Trust Company
1606 N. Harlem Avenue
Elmwood Park, IL 60707
Attn: Steve Conti

Oppidan, Inc.
1440 W. Taylor Street
Chicago, IL 60607

Ottawa Savings Bank
925 LaSalle St.
Ottawa, IL 61068
Attn: Gary Ocepek

Patria Partners LLC
18201 Morris Avenue
Homewood, IL 60430
Attn: Barry J. Miller

Platinum Community Bank
2915 W. Kirchoff Rd.
Rolling Meadows, IL 60008
Attn: Joseph C. Ross

SBC
Bill Payment Center
Chicago, IL 60663-0001

- 3 -

Sprint
P.O. Box 650270
Dallas, TX  75265-0270

Standard Bank and Trust Co.
7800 W. 95th St.
Hickory Hills, IL  60457
Attn: Kevin Boyle

Steven Galovan
c/o Castlebar Enterprise Inc.
2636 N. Lincoln Ave., 1st fl.
Chicago, IL  60615

Twin Oaks Savings Bank
125 W. Bluff St.
Marseilles, IL  61341-1402
Attn: Craig Hepner

Umbrella Bank
220 W. Huron, 5th fl.
Chicago, IL  60610
Attn: George Yedinak

UPS
Lock Box 577
Carol Stream, IL  60132-0577

West Town Savings Bank
4852 W. 30th St.
Cicero, IL  60804-3615
Attn: Jeff Kosobucki