FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES BANKRUPTCY COURT    NOV 1 8 2004
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION      KENNETH S. GARDNER, CLERK
                                       PS REP. - DDS

| | |
|---|---|
| In re ) | Case No. 04-18946 |
| ) | |
| COMMERCIAL LOAN CORPORATION, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Honorable A. Benjamin Goldgar |
| ) | |
| ) | Hearing Date: December 1, 2004 |
| ) | Hearing Time: 9:30 a.m. |

## COVER SHEET FOR AMENDED FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF TRUSTEE'S SPECIAL LITIGATION COUNSEL
(Appendix to Local Bankruptcy Rule 607)

Name of Applicant: Holland & Knight LLP

Authorized to Provide Professional Services to: Richard M. Fogel, Chapter 11 Trustee of the Estate of Commercial Loan Corporation.

Date of Order Authorizing Employment: June 30, 2004

Period for Which Compensation is Sought: From May 13, 2004 to October 31, 2004

Amount of Fees Sought: $27,790.50
Amount of Expense Reimbursement Sought: $848.59

This is the first and final application filed by Holland & Knight LLP as Special Litigation Counsel to the Trustee.

Date: November 18, 2004

HOLLAND & KNIGHT LLP

By: _____
One of its Attorneys

Holland & Knight LLP
Gregory R. Meeder (#6184414)
Robert J. Labate (#6184945)
One Mid America Plaza, Suite 1000
Oakbrook Terrace, IL 60181
(630) 954-2100
(630) 954-2112 (fax)
# 2370276_v1