IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| COMMERCIAL LOAN CORPORATION, | § | Case No. 04-18946 |
| | § | |
| Debtor. | § | Honorable A. Benjamin Goldgar |

### FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN, LLC AS COUNSEL TO THE CHAPTER 11 TRUSTEE

This matter having been presented upon the Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw") For Allowance of Compensation and Reimbursement of Expenses (the "Final Application"); due and proper notice of the Final Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Final Application; the Court having heard from all interested parties, the Court having reviewed the Final Application, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED that:**

1. Shaw is allowed final compensation for actual and necessary legal services provided to the Chapter 11 Trustee in the amount of $273,849.00 (the "Allowed Compensation") and final reimbursement of actual and necessary expenses advanced for the benefit of the Chapter 11 Trustee in the amount of $5,739.83 (the "Allowed Expenses") (the Allowed Compensation and the Allowed Expenses shall collectively be referred to as the "Final Award");

2. Shaw is authorized and directed to apply $202,160.67 received by it pursuant to the monthly payment procedure established by the Court in this case in partial satisfaction of the Final Award.

A0077926.WPD

3. The Creditors' Trust (as that term is defined in the Second Amended Plan confirmed in this case) is authorized and directed to pay to Shaw $77,428.16 forthwith in satisfaction of the remainder of the Final Award.

Dated: February ___, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

'FEB 2 8 2005

A0077926.WPD                                   -2-