UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 04 B 18946 |
| COMMERCIAL LOAN CORPORATION, | |
| | Hon. A. Benjamin Goldgar |
| Debtor. | |

### AGREED ORDER ALLOWING FINAL COMPENSATION TO RICHARD M. FOGEL, TRUSTEE

Upon consideration of the final application (the "Application")[1] of Richard M. Fogel, the chapter 11 trustee (the "Trustee") for the estate of Commercial Loan Corporation (the "Debtor"), seeking final allowance and payment of compensation pursuant to §§ 326 and 330 of the Bankruptcy Code; due and proper notice having been provided to all parties entitled thereto; the CLC Creditor Grantor Trust (the "Trust") and all other parties having withdrawn their objections with each party to bear its own fees and costs; the Trustee confirming that the professionals retained by him will be seeking no other fees or expenses from the Trust; the Court having core jurisdiction to hear and determine the Application; and after due deliberation and consideration of the Application, there being good cause to grant the relief provided herein; it is **ORDERED**:

(i) The Application is allowed to the extent provided below.

(ii) Notice of the Application as provided for therein is sufficient.

(iii) The Trustee is allowed $260,000.00 as final compensation for services rendered in connection with the administration of the Debtor's estate.

(iv) The Trust is authorized and directed to disburse the sum of $260,000.00 to the Trustee from the available Case Funds.

(v) The hearing date of April 27, 2005 is vacated.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{A0078826.DOC 5}

Dated: APR - 6 2005, 2005

ENTER:

_____
Bankruptcy Judge

**AGREED BY RICHARD M. FOGEL, as Chapter 11 Trustee**

_____
One of his attorneys

Robert M. Fishman (ARDC # 3124316)
Brian L. Shaw (ARDC # 6216834)
**Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC**
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

CLC CREDITOR GRANTOR TRUST

_____
One of his attorneys

David K. Welch
**Crane Heyman Simon Welch & Clar**
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603
Phone: (312) 641-6777

{A0078826.DOC 5}    2