IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 04-18946 |
| COMMERCIAL LOAN CORPORATION, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **15th day of June, 2011**, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, in the room usually occupied by him as a courtroom in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, Courtroom No. 613, 2l9 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR ENTRY OF FINAL DECREE,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion therein was caused to be served via First Class Mail from the law firm of Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle, Chicago, Illinois 60603 to the persons listed on the attached Service List on the 25th day of May, 2011, before the hour of 5:00 p.m.

/s/David K. Welch

## SERVICE LIST

United States Trustee
219 S. Dearborn Street
Chicago, IL 60604

Thomas W. Waters
Kemp & Grzelakowski Ltd.
1900 Spring Rd., Suite 500
Oak Brook, IL 60521

Richard M. Fogel
Brian L. Shaw
Ann E. Stockman
Shaw Gussis Fishman Glantz Wolfson
321 N. Clark St., Suite 800
Chicago, IL 60654-4766

Andrew J. Abrams
Carolyn L. Morehouse
Sugar, Friedberg & Felsenthal
30 N. LaSalle St., Ste 3000
Chicago, IL 60602

Thomas V. Askounis, Esq.
D. Ann Coker
Askounis & Borst PC
303 E. Wacker Drive, Ste 1000
Chicago, IL 60601-5216

Gary I. Blackman
Levenfeld Pearlstein
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Bryan I Schwartz
Christopher Griesmeyer
Griesmeyer Rome & Griesmeyer
200 W. Madison St., Ste. 755
Chicago, IL 60606

Erich S. Buck
Reed Smith LLP
10 S. Wacker Dr., Ste 4000
Chicago, IL 60606

Edmund P Burke
Burke & White
5330 Main Street, Suite 200
Downers Grove, IL 60515

Timothy Casey
Drinker Biddle & Reath LLP
191 N. Wacker Dr., Ste 3700
Chicago, IL 60606-1698

Dennis A. Dressler
Dressler & Peters, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Michael M. Eidelman
Allyson B. Russo
Vedder Price Kaufman & Kamholz
222 N. LaSalle St., Ste 2600
Chicago, IL 60601-1100

Mark S. Melickian
Jason Goitia
Gardner Carton & Douglas LLP
191 N. Wacker Drive
Chicago, IL 60606

Karen R. Goodman
Shefsky & Froelich, Ltd.
111 East Wacker Dr.
Chicago, IL 60601

James E. Halloran
225 W. Washington St., Ste. 1700
Chicago, IL 60606

Edward J Halper, Esq.
Shefsky & Froelich
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601

Brian I. Hays
Lord, Bissel & Brook, LLP
115 S. LaSalle Street
Chicago, IL 60603

Daniel S. Kaplan
Caruso Kaplan LLC
77 W. Wacker Drive, Ste. 4800
Chicago, IL 60601

Synde B. Keywell
Bryan Cave LLP
161 N. LaSalle St., Ste. 4300
Chicago, IL 60601

Robert E. Richards
Patrick C. Maxcy
SNR Denton US LLP
8000 Sears Tower
Chicago, IL 60606

Bonnie L. Michael
Katherine D. Vega
Neal Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602

Lance R. Minor
Belofsky & Belofsky PC
33 N. Dearborn St., 2330
Chicago, IL 60602

Michael L Molinaro
Loeb & Loeb LLP
321 N. Clark St., Ste. 2300
Chicago, IL 60610

Ann E. Pille
Reed Smith
10 S. Wacker Dr., Ste. 4000
Chicago, IL 60606

Dean J Polales
1745 Del'Ogier Dr.
Glenview, IL 6002

Howard Rin
John F. Pollick
McGuireWoods, LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1604

James E. Halloran
225 W. Washington St., Ste. 1700
Chicago, IL 60606

Francis J. Pendergast III
Rock Fusco Reynolds & Garvey
350 N. LaSalle St., Ste. 900
Chicago, IL 60610

Steven R. Radtke
Chill Chill & Radtke
79 W. Monroe St., Ste. 1305
Chicago, IL 60603

Edward C. Richard
Manetti & Griffith, Ltd.
4112 N. Cass Ave.
Westmont, IL 60559

Kirkland & Ellis LLP
Attn: Geoffrey A. Richards
200 E. Randolph Drive
Chicago, IL 60601-6436

Epport, Richman & Robbins, LLP
Attn: Steven N. Richman, Esq.
1875 Century Park East, Suite 800
Las Angles, CA 90067-2512

Charles P. Schulman
Sachnoff & Weaver, Ltd.
30 S. Wacker Dr., 29th Fl.
Chicago, IL 60606

Mark N. Senak
181 W. Madison
Chicago, IL 60602

John M. Sheldon
Kozacky & Weitzek
55 W. Monroe St., Ste. 2450
Chicago, IL 60603

Jamie J. Teich
James J. Teich & Associates
134 N. LaSalle St., Ste. 2250
Chicago, IL 60602

Bank Chicago
8601 W. Ogden Avenue
Lyons, IL 60534

Barry Miller
c/o Patria Construction LLC
18201 Morris Avenue
Homewood, IL 60430

Cole Taylor Bank
111 W. Washington St., Ste. 400
Chicago, IL 60602

COMAR Properties
P.O. Box 661276
Dept. 2046
Chicago, IL 60666-1276

First Choice Bank
2000 W. State St., Ste. E
Geneva, IL 60134

George Washington Savings Bank
10240 S. Cicero Ave.
Oak Lawn, IL 60453

Gerald Lipkin
The Hunter Institute
5910 N. Cicero Ave.
Suite G-2
Chicago, IL 60646-5711

Howard Ring
3445 Dauphine Ave.
Northbrook, IL 60062-2266

Howard Savings Bank
1700 Milwaukee Ave.
Glenview, IL 60025

JDI Realty LLC
150 S. Wacker Drive
Suite 2660
Chicago, IL 60606

Kass Management Services, Inc.
Dawn Gehrke/Accounting
2000 N. Racine, #3400
Chicago, IL 60614-4045

Lincoln State Bank
Brent Ohlinger
304 E. Highway 38
Rochelle, IL 61068-9694

Midwest Bank & Trust Co.
Steve Conti
1606 N. Harlem Ave.
Elmwood Park, IL 60707-4396

Ottawa Savings Bank
Gary Ocepek
925 LaSalle Street
Ottawa, IL 61350-2004

Patria Partners LLC
18201 Morris Ave.
Homewood, IL 60430-2275

Platinum Community Bank
Joseph C. Ross
2915 W. Kirchoff Rd.
Rolling Meadows, IL 60008-1816

Standard Bank & Trust
Kevin Boyle
7800 W. 95th St.
Hickory Hills, IL 60457-2298

Steven Galovan
Castlebar Enterprise Inc
2636 N. Lincoln Ave., 1st Fl.
Chicago, IL 60614-8043

Twin Oaks Savings Bank
Craig Hepner
125 W. Bluff St.
Marseilles, IL 61341-1402

Umbrella Bank
Attn: George Yediank
5818 S. Archer Rd.
Summit Argo, IL 60501-1450

West Town Savings Bank
Attn: Jeff Kosobucki
4852 W. 30th Street
Cicero, IL 60804-3615

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 04-18946 |
| COMMERCIAL LOAN CORPORATION, ) | Chapter 11 |
| ) | Judge Goldgar |
| Debtor. ) | |
| ) | |

## MOTION FOR ENTRY OF FINAL DECREE

THE CLC CREDITORS' GRANTOR TRUST ("CLC Trust"), by and through its Attorneys, makes its Motion for Entry of Final Decree, and in support thereof, states as follows:

1. On May 13, 2004, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On December 15, 2004, this Court entered an Order confirming the Second Amended Plan of Liquidation ("Plan") filed by various creditors. Under the Plan, the CLC Trust was formed and charged with the responsibility of administration of this Chapter 11 case after confirmation of the Plan.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, all creditors claims', other than the holders of allowed Class 4 claims, have been paid in full. Distributions to the holders of allowed Class 4 claims have also been made.

4. All assets of the CLC Trust have either been liquidated or abandoned by the CLC Trust.

- 1 -

5. The CLC Trust requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, THE CLC CREDITORS' GRANTOR TRUST requests the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

                    Respectfully submitted,

                    THE CLC CREDITORS' GRANTOR TRUST

                    /s/David K. Welch
                    One of Its Attorneys

**COUNSEL TO CLC TRUST**:
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
P-312-641-6777
W:\GRACE\CLC\Final Decree.MOT.wpd