UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>COMMERCIAL LOAN CORPORATION<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 04-18946<br><br>Chapter: 11<br><br>Honorable A. Benjamin Goldgar |

## FINAL DECREE

This matter coming to be heard on the Motion of THE CLC CREDITORS' GRANTOR TRUST ("CLC Trust"), for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Creditors' Second Amended Plan of Liquidation has been substantially consummated; and the Court being fully advised in the premises:

NOW, THEREFORE, IT IS FURTHER ORDERED as follows:

A)   Any and all assets not administered by the CLC Trust are deemed abandoned upon the entry of this Final Decree;

B)   The CLC Trust is authorized to destroy any and all records relating to and of the Debtor in this Chapter 11 case no sooner than August 1, 2011;

C)   Debtor's Counsel shall serve a copy of this Final Decree upon Joel Nathan of the United States Attorneys' Office for the Northern District of Illinois, Eastern Division; and

D)   This bankruptcy case is closed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **22 JUN 2011**

**Prepared by:**

COUNSEL TO CLC TRUST:
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
P-312-641-6777

Rev: 201100318_bko